**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

## New

673 Benchmark Federal Credit Union

## Name Change

647 Congressional Bank – Change to 647 Forbright Bank
161 Bryn Mawr Trust Company – Change to 630 WSFS (Wilmington Savings Fund Society)

## Platinum Leader Change

573 Woori American Bank - Remove

## Correction

## Removal

April 2022